# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 15-cv-6893 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT | ) | Magistrate Judge Jeffrey Cole |
| OF HUMAN SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:** Erin M. Petrolis
Office of the Illinois Attorney General
Assistant Attorney General
100 West Randolph, 13th Flr.
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 2nd day of December 2015, the undersigned did file **PLAINTIFF'S FIRST AMENDED COMPLAINT** in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of GOLDMAN & EHRLICH,
as attorneys for Plaintiff KEITH PERRY

## PROOF OF SERVICE

I, Jonathan C. Goldman, an attorney, state that on December 2, 2015, I electronically filed the foregoing using the CM/ECF system which will send notice of such filing to the following: ERIN M. PETROLIS.

/s/ Jonathan C. Goldman

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC No. 06210828