IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Keith Perry,

Plaintiff(s),

v.

State of Illinois Department of Human Services,

Defendant(s).

Case No. 1:15-cv-06893
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) State of Illinois Department of Human Services
and against plaintiff(s) Keith Perry

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion for summary judgment [70].

Date: 11/5/2018                    Thomas G. Bruton, Clerk of Court

                                   /s/Enjoli Fletcher, Deputy Clerk